UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BW FLEET MANAGEMENT PTE LTD ET AL. | CIVIL ACTION |
| VERSUS | NO: 23-2492 c/w 23-2867 *In re* **23-2867 only** |
| TUG JUSTICE ET AL. | SECTION: "J"(4) |

## ORDER OF PARTIAL DISMISSAL

The Court having been advised that Consolidated Plaintiff American River Transportation Company, LLC and Consolidated Defendants Kirby Inland Marine, LP and M/T HAFNIA RHINE Interests have reached a settlement of all claims between them (Rec. Doc. 33),

**IT IS ORDERED** that the claims of Plaintiff American River Transportation Company, LLC against Kirby Inland Marine, LP and M/T HAFNIA RHINE Interests **only** are hereby dismissed without costs, and without prejudice, with the right upon good cause shown, within sixty days, for the parties to seek summary judgment enforcing the compromise if it is not consummated by that time.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 23rd day of September, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE